IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Valrie, John M

Printed: 7/22/08

Case Number: 04 B 46965
Judge: Hollis, Pamela S
Filed: 12/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 20, 2008
Confirmed: February 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,625.95 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,224.59 |
| Priority: |  | 139.30 |
| Administrative: |  | 1,650.00 |
| Trustee Fee: |  | 213.18 |
| Other Funds: |  | 398.88 |
| Totals: | 4,625.95 | 4,625.95 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,650.00 | 1,650.00 |
| 2. | Internal Revenue Service | Priority | 139.30 | 139.30 |
| 3. | Resurgent Capital Services | Unsecured | 94.91 | 94.91 |
| 4. | Onyx Acceptance Corp | Unsecured | 832.72 | 832.72 |
| 5. | United Student Aid Funds Inc | Unsecured | 154.31 | 154.31 |
| 6. | ECast Settlement Corp | Unsecured | 60.02 | 60.02 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 1,028.48 | 1,028.48 |
| 8. | Internal Revenue Service | Unsecured | 54.15 | 54.15 |
| 9. | Dominick's Finer Foods | Unsecured |  | No Claim Filed |
| 10. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 11. | Household Credit Services | Unsecured |  | No Claim Filed |
| 12. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | Black Services | Unsecured |  | No Claim Filed |
| 15. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 16. | Jewel Osco | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
| 18. | Telecheck | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,013.89 | $ 4,013.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 16.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Valrie, John M

Printed:  7/22/08

Case Number:  04 B 46965
Judge:  Hollis, Pamela S
Filed:  12/22/04

|       |        |
|------:|-------:|
| 3%    |   8.80 |
| 5.5%  |  30.12 |
| 5%    |   9.08 |
| 4.8%  |  17.40 |
| 5.4%  | 131.53 |
|       | _____ |
|       | $ 213.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

